IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST. C. WOODS, II,   )<br>                                                  )<br>            Plaintiff,                       )<br>                                                  )<br>       v.                                        )<br>                                                  )<br>CITY AND COUNTY OF SAN      )<br>FRANCISCO, et al.,                )<br>                                                  )<br>            Defendants.                 )<br>_____ | No. C 10-1859 JSW (PR)<br><br>**ORDER DENYING PENDING MOTIONS**<br><br>**(Docket Nos. 26, 27)** |

Plaintiff's motion "to object" to the Clerk's notice to pay his filing fee for appeal is DENIED because the United States Court of Appeals has granted his application to proceed in forma pauperis on appeal and relieved him of the obligation to pay the entire filing fee at this time. Plaintiff's "judicial notice motion for injunctive and declarative relief" seeking a court order for "fundoplication surgery" is DENIED in light of the dismissal and termination of this action.

IT IS SO ORDERED.

DATED: September 19, 2011

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EARNEST C. WOODS II,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV10-01859 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earnest C. Woods D 58091
P.O. Box 689
Soledad, CA 95696

Dated: September 19, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk