IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EARNEST C. WOODS, | ) | No. C 10-1859 JSW (PR) |
| Plaintiff, | ) ) | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | ) ) | **AND GRANTING EXTENSION OF TIME** |
| BEN CURRY, et al., | ) ) | |
| Defendants. | ) | (Docket No. 34) |
| _____ | ) | |

      Plaintiff, a California prisoner proceeding pro se, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. His motion for appointment of counsel (docket number 34) is DENIED. There is no constitutional right to counsel in a civil case. *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981). 28 U.S.C. § 1915 confers on a district court only the power to "request" that counsel represent a litigant who is proceeding in forma pauperis. 28 U.S.C. § 1915(e)(1). The Court has only the power to ask pro bono counsel to represent plaintiff, not the power to "appoint" counsel. Here, plaintiff has presented his claims adequately and the issues are not particularly complex. The Court determines that the interests of justice do not require appointment of counsel at this stage of the case. The motion (docket number 34) is DENIED.

      Plaintiff has not shown any reason for an extension of time. Rather, the motion

| | |
|---|---|
| 1 | simply discusses his claims. Nevertheless, in light of Plaintiff's pro se status, an |
| 2 | extension of time, to and including **January 29, 2013,** is GRANTED in which to file an |
| 3 | amended complaint. As this will allow him nearly four months to amend his complaint, |
| 4 | no further extension of time will be granted. His failure to file an amended complaint by |
| 5 | that time and in accordance with the order dismissing his complaint with leave to amend |
| 6 | will result in the dismissal of this case. |
| 7 | This order terminates docket number 34. |
| 8 | IT IS SO ORDERED. |
| 9 | DATED: January 9, 2013 |
| 10 | JEFFREY S. WHITE<br>United States District Judge |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EARNEST C. WOODS II,

      Plaintiff,

  v.

BEN CURRY et al,

      Defendant.

Case Number: CV10-01859 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earnest C. Woods D 58091
P.O. Box 689
Soledad, CA 95696

Dated: January 9, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk